**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6214**

DONALD RAY PEVIA, JR.,

               Plaintiff - Appellant,

      v.

COMMISSIONER OF CORRECTIONS; JEFFREY NINES, Acting Warden; SHARON BAUCOM, M.D.,

               Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:17-cv-00631-ELH)

Submitted: July 19, 2018                       Decided: July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Ray Pevia, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Pevia, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pevia v. Comm'r of Corr.*, No. 1:17-cv-00631-ELH (D. Md. Feb. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*